AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jorge Gregorio Borrero Mero,<br>Miguel Angel Cagua Garces, and<br>Jose Silano Perlaza Orobio<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) **8:23MJ2219AAS**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of SEPTEMBER 26, 2023 in the county of Hillsborough in the MIDDLE District of FLORIDA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b)<br><br>21 U.S.C. § 960(b)(1)(ii) | While aboard a vessel subject to the jurisdiction of the United States, knowingly and willfully conspired to possess with intent to distribute five (5) kilograms or more of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

*Complainant's signature*

Antonio Vargas, Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 29, 2023

*Judge's signature*

City and state: Tampa, Florida

Amanda Arnold Sansone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### Introduction and Agent Background

1. I, Antonio Vargas, am a Special Agent with the Federal Bureau of Investigation ("FBI") and currently assigned to the Tampa Office. I have served as an FBI Special Agent for approximately 20 years. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine, heroin, and marijuana.

2. I am assigned as a Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: the FBI, Drug Enforcement Administration, Immigration and Customs Enforcement, Homeland Security Investigations, Coast Guard Investigative Service, the United States Coast Guard ("USCG"), and the United States Attorney's Office of the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate transnational criminal organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

### Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    a.    **Jorge Gregorio BORRERO MERO**

    b.    **Miguel Angel CAGUA GARCES**

    c.    **Jose Silano PERLAZA OROBIO**

all of whom are foreign nationals, for knowingly and willfully conspiring to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(ii).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The USCG has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

### Probable Cause

6. On or about September 26, 2023, while on routine patrol in the Eastern Pacific, a small unmanned aerial system located a go-fast vessel ("GFV") approximately 225 nautical miles Northeast of Galapagos Islands, Ecuador, in international waters. The United States Coast Guard Cutter ("USCGC") JAMES

diverted to investigate the GFV. The USCGC JAMES located the GFV and launched a small boat with USCG boarding teams onboard to investigate the vessel.

7. The boarding team identified the following crewmembers on board the suspect GFV as **Jorge Gregorio BORRERO MERO, Miguel Angel CAGUA GARCES, And Jose Silano PERLAZA OROBIO.**

8. No registration number, no vessel name, no homeport, nor any painted-on markings were observed by the USCG boarding team. The crew made no verbal claim of nationality for the vessel. The USCG then assimilated the GFV as stateless and subject to the laws of the United States. The USCG boarding team subsequently conducted a law enforcement boarding of the GFV.

9. The boarding team observed suspected contraband within the vessel. The USCG boarding team conducted two tests of the contraband utilizing narcotic identification kits that were positive for the presence of cocaine. The contraband recovered by the USCG boarding team consisted of approximately 2,025 kilograms of suspected cocaine. The USCG boarding team seized the suspected cocaine and detained the three crewmembers. The stateless GFV was sunk in place due to being a navigational hazard.

## Conclusion

10. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that **Jorge Gregorio BORRERO MERO, Miguel Angel CAGUA GARCES, and Jose Silano PERLAZA OROBIO**, while aboard a

3

combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. §§ 960(b)(1)(B)(ii).

Antonio Vargas
Special Agent, FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this **29** day of September, 2023.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

4